UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LOGAN N. MILLS**   CIVIL ACTION NO.: 2:12-cv-000991
    Plaintiff   HGB-DEK

**VERSUS**   SECTION "C"

**CITY OF BOGALUSA, ET AL**   MAGISTRATE 3
    Defendants

******************************************************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the Plaintiffs, Logan N. Mills and the Defendants, City of Bogalusa, Joe Culpepper, Kendall Bullen, Patrick Lyons, Scott Seals, Chad Cassard, and John Doe Defendants who respectfully represent and stipulate that all disputes, claims and causes of action at dispute in this present case, captioned above, have been amicably resolved between the parties, and that therefore, all parties hereto together move this Honorable Court for an Order dismissing this matter with prejudice, in accordance with Fed.R.Civ.P. 41(a)(1)(ii), each party to bear their own costs and attorney's fees.

    Respectfully submitted,

    */s/ Keith M. Detweiler*
    Keith M. Detweiler
    LA Bar No. 20784
    NIELSEN, CARTER & TREAS, L.L.C.
    3838 N. Causeway Blvd. Suite 2850
    Metairie, Louisiana 70002
    Tel. (504) 837-2500
    Fax (504) 832-9165
    Email: kdetweiler@nct-law.com
    Counsel for Defendants, City of Bogalusa, Joe
    Culpepper, Kendall Bullen, Patrick Lyons, Scott
    Seals, Chad Cassard, and John Doe Defendants

    and

/s/ Philip J. Kaplan
Philip J. Kaplan (LA SB 14415)
Law Offices of Philip J. Kaplan
3278 Wilshire Blvd., Suite 106
Los Angeles, LA 90010
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing pleading upon the following counsel of record and parties via the Court's electronic filing system on this 2nd day of February 2017:

Philip J. Kaplan
Law Offices of Philip J. Kaplan
3278 Wilshire Blvd., Suite 106
Los Angeles, LA 90010
Counsel for Plaintiffs

/s/Keith M. Detweiler
Keith M. Detweiler